UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 11-04-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RODNEY MULLINS, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The defendant filed a motion to suppress certain statements that he made to law enforcement. R. 23. After receiving briefing and holding a hearing, Magistrate Judge Edward B. Atkins issued a Report & Recommendation ("R&R") on March 21, 2011, recommending that Mullins's motion be granted in part and denied in part. R. 45. Under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(2), either party wishing to object to Judge Atkins's R&R had fourteen days to file an objection. Neither party has done so. Accordingly, it is **ORDERED** that Judge Atkins's R&R, R. 45, is **ADOPTED**. Mullins's motion to suppress is **GRANTED IN PART** and **DENIED IN PART** as set forth in the R&R.

This the 6th day of April, 2011.



Signed By:
*Amul R. Thapar*
United States District Judge